UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE LUIS CRUZ, | Case No.  1:26 -cv-03920-HBK (PC) |
| Plaintiff, | ORDER TO SUBMIT ENCLOSED APPLICATION TO PROCEED *IN FORMA PAUPERIS* OR PAY FILING FEE |
| v. | |
| KERN COUNTY SUPERIOR COURT, | 30-DAY DEADLINE |
| Defendant. | |

Plaintiff—a prisoner—initiated this action by filing a *pro se* civil rights complaint under 42 U.S.C. § 1983 on May 21, 2026.  (Doc. No. 1).  Plaintiff did not submit with the $405.00 filing fee or an application to proceed *in forma pauperis* under 28 U.S.C. § 1915.

Accordingly, it is **ORDERED**:

Within **thirty (30) days** of receipt of this order, Plaintiff must either: (1) file a completed application to proceed *in forma pauperis*; or (2) pay the $405.00 filing fee.  Failure to comply with this order, or request an extension of time, will result in a recommendation that this action be dismissed for failure to prosecute and failure to comply with a court order.

Dated:   May 24, 2026

HELENA M. BARCH-KUCHTA
UNITED STATES MAGISTRATE JUDGE